# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SUSAN LOUISE LITTLE fka SUSAN LOUISE FRYMAN,<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 4:13-bk-13343-SHG<br><br>**ORDER APPROVING TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL ON A CONTINGENCY FEE BASIS** |

Upon the Application to Employ Special Counsel on a Contingency Fee Basis ("**Application**") filed by Stanley J. Kartchner, Chapter 7 Trustee ("**Trustee**"), and it appearing that Dault & Associates, PLLC and Motley Rice, LLC ("**Special Counsel**") are disinterested entities within the meaning of 11 U.S.C. §§ 101(14) and 327(e) and good cause appearing therefor;

**IT IS HEREBY ORDERED** finding that the Application complies with the provisions of 11 U.S.C. §327(e) and authorizing Trustee to employ and appoint Special Counsel on a contingency fee basis with respect to the Claim, as that term is defined in the Application.

**IT IS FURTHER ORDERED** that approval of employment of Special Counsel DOES NOT automatically approve any fee arrangement set forth in the Trustee's Application or any attachments thereto. No fees are pre-approved by the court. Any request for payment to Special Counsel for its professional fee must be made separately, by a detailed application supporting the request, notice must be given to creditors and other parties-in-interest, and the court must have an opportunity to review any objections which any party may have. The court may also consider the application in the absence of any objections, and may adjust the fees according to the merits of the particular case. 11 U.S.C. §§ 327, 328, 329, 330, and 331.

**DATED AND SIGNED ABOVE**